# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS
# BENTON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-41054-LKG |
| Larry Eugene Lueth<br>  Aka Larry E. Lueth | Chapter 13 |
| Debtor. | Honorable Judge Laura K. Grandy |

## NOTICE OF APPEARANCE

     Now comes D. Anthony Sottile, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Illinois, and enters his appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

     Respectfully Submitted,

     /s/ D. Anthony Sottile
     D. Anthony Sottile (IN 27696-49)
     Sottile & Barile, Attorneys at Law
     P.O. Box 476
     Loveland, OH 45140
     Phone: 513.444.4100
     bankruptcy@sottileandbarile.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-41054-LKG |
| Larry Eugene Lueth<br>  Aka Larry E. Lueth | Chapter 13 |
| Debtor. | Honorable Judge Laura K. Grandy |

**CERTIFICATE OF SERVICE**

Attached is a courtesy copy for your records of the Notice of Appearance which was entered in the case herein.

The undersigned certifies that this document was served electronically through the Court's electronic mailing system pursuant to the notice generated by the Court on November 28, 2018 to the following parties:

TO TRUSTEE:  Russell C. Simon, at simontrustee@yahoo.com
TO DEBTOR'S COUNSEL:  Jay B. Howd, at marion@bankruptcy-clinic.com

The Notice of Appearance was further serviced by mailing, postage prepaid in the United States Mail, using first-class postage to the following parties:

TO DEBTOR: Larry Eugene Lueth at 617 Tatum Lane, Herrin, IL 62948

        Respectfully Submitted,

         /s/ D. Anthony Sottile
        D. Anthony Sottile (IN 27696-49)
        Sottile & Barile, Attorneys at Law
        P.O. Box 476
        Loveland, OH 45140
        Phone: (513) 444.4100
        bankruptcy@sottileandbarile.com